# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.  10-cv-02407-LTB-BNB

ZUFFA, LLC, d/b/a THE ULTIMATE
FIGHTING CHAMPIONSHIP (UFC),

      Plaintiff,

v.

RICK RODRIGUEZ, individually, and as officer,
director, shareholder, and/or principal of
PECOS TAVERN LLC, d/b/a PECOS TAVERN,

and

PECOS TAVERN LLC, d/b/a PECOS TAVERN,

      Defendants.

## DEFAULT JUDGMENT

The Summons and Complaint in this action having been duly served upon the Defendant, PECOS TAVERN LLC, d/b/a PECOS TAVERN, on November 3, 2010, and said Defendant having failed to plead or otherwise appear in this action,

NOW, on motion of Julie Cohen Lonstein, Esq., attorney for the Plaintiff, it is hereby,

ORDERED AND ADJUDGED that ZUFFA, LLC d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC), the Plaintiff, does recover jointly and severally of PECOS TAVERN LLC d/b/a PECOS TAVERN, a total award of THIRTY SEVEN THOUSAND FOUR HUNDRED NINETY NINE DOLLARS AND NO CENTS ($37,499.00) consisting of:

    (1)    TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

    (2)    TWENTY FIVE THOUSAND DOLLARS ($25,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), for Defendant's willful violation of 47 U.S.C. § 605(a); and

    (3)    Costs and Attorneys' fees of TWO THOUSAND FOUR HUNDRED NINETY NINE DOLLARS AND NO CENTS ($2,499.00) pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

And it is further,

ORDERED AND ADJUDGED that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without furrther delay.

DATED: December 1, 2011

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK
                                              UNITED STATES DISTRICT JUDGE